# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TIC SEVEN BAR 12, LLC
a Delaware Limited Liability Company,

      Plaintiff,

v.                                                   No. CIV 17-0450 RB/SCY

CORE SEVEN BAR H, LLC, a Delaware
Limited Liability Company, CORE SEVEN
BAR S, LLC, a Delaware Limited Liability
Company, and CORE REALTY HOLDINGS
MANAGEMENT, INC., a California Company,

      Defendants.

## ORDER CONFIRMING ARBITRATION AWARD

This matter is before the Court on TIC Seven Bar 12, LLC's Motion to Confirm and Enter Judgment on Arbitration Award and Memorandum in Support, filed on April 12, 2017. (Doc. 1.) Jurisdiction arises under 28 U.S.C. § 1332 and 9 U.S.C. § 9. The Court remanded the matter for clarification of the arbitration award on August 8, 2017 (*see* Doc. 17), and Plaintiff filed a Notice of Filing of Supplemental Final Award on Remand on September 29, 2017 (*see* Doc. 20). Defendants responded to Plaintiff's Notice on October 5, 2017. Having considered the submissions of counsel, the Final Arbitration Award and Supplemental Final Award, and relevant law, the Court will **grant in part** Plaintiff's Motion.

      **WHEREFORE**,

      **IT IS ORDERED** that the Final Arbitration Award issued by American Arbitration Association Arbitrator John Burton on January 23, 2017 (Doc. 1-A-6), as supplemented by the Supplemental Final Award on Remand (Doc. 20-1), is **CONFIRMED**;

**IT IS FURTHER ORDERED** that the Final Arbitration Award issued by American Arbitration Association Arbitrator John Burton on January 23, 2017 (Doc. 1-A-6), as supplemented by the Supplemental Final Award on Remand (Doc. 20-1), is hereby **ENTERED** as the final judgment of this Court in favor of TIC Seven Bar 12, LLC in the amount of $754,750.00,[1] plus simple interest at the statutory rate of 8.75%, from September 29, 2017,[2] until the award is paid in full;

**IT IS FURTHER ORDERED** that all other relief requested in Plaintiff's Motion to Confirm and Enter Judgment on Arbitration Award and Memorandum in Support (Doc. 1) and not specifically addressed in this Order is **DENIED**.

**IT IS SO ORDERED.**

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Arbitrator awarded TIC Seven Bar 12, LLC the amount of $804,750.00. (*See* Doc. 1-A-6 ¶ A.) Defendants represented that as of October 5, 2017, they had paid $50,000 of the award, leaving a balance of $754,750. (Doc. 21 at 2.)

[2] Defendants have made interest payments from the date of the Final Award (January 23, 2017) through September 28, 2017. (*See* Doc. 21 at 2.)